UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

GARY PATRICK MCKEE,

                        Plaintiff,

vs.

ASPEN DENTAL MANAGEMENT, INC.

                        Defendant.

**SETTLEMENT STIPULATION AND ORDER**

**CASE NO.: 5:16CV-00091 (DNH-TWD)**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued, with prejudice and on the merits, and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 10/5/16

_____
Danielle Mikalajunas Fogel, Esq.
SUGARMAN LAW FIRM, LLP
Attorneys for Defendant
211 West Jefferson Street
Syracuse, New York
Telephone: (315) 474-

_____
Gary P. McKee, Pro Se
920 Breezy Acres Road
Pensacola, Florida 32534

IT IS SO ORDERED:

So Ordered:

_____
David N. Hurd
United States District Judge

Dated: October 6, 2016

Utica, NY